## AFFIDAVIT FOR PROBABLE CAUSE FOR A COMPLAINT AND ARREST WARRANT



I, Brent Druery, being duly sworn, do hereby depose and state the following:

## INTRODUCTION AND AGENT BACKGROUND

1. I am employed as a Special Agent with Homeland Security Investigations ("HSI"), assigned to the Resident Agent in Charge in Jackson, Mississippi. I have been so employed since November of 2002. I have received training and been assigned to conduct investigations of criminal violations of the United States Code as enumerated in Titles 8, 18, 19, 21, 22, 31 and various other federal statutes.

2. I submit this affidavit based on information known to me personally from the investigation, as well as information obtained from others who have investigated the matter or have personal knowledge of the facts herein. This affidavit is being submitted in support of a criminal complaint against Lucrecia GARRIL-Lopez, and, as such, does not include all the information known to me as part of this investigation, but only information sufficient to establish probable cause for the issuance of a criminal complaint against Lucrecia GARRIL-Lopez for violating Title 8, United States Code, Sections 1326(a)(1) and (2), reentry of removed alien.

## PROBABLE CAUSE

3. On August 7, 2019, Immigration and Customs Enforcement (ICE) executed seven criminal and administrative search warrants at chicken processing company locations across the Southern District of Mississippi. During the execution of the search warrant at Pearl River Foods, 1012 Progress Drive, Carthage, Mississippi 39051, ICE officials encountered Lucrecia GARRIL-Lopez (Alien # XXXXX2628), an illegal alien from Guatemala. Record checks for GARRIL-Lopez revealed one prior removal by U.S. immigration officials. On or about July 6, 2005, GARRIL-Lopez was encountered by U.S. immigration officials near Sasabe, Arizona, and

was issued a Notice to Appear. She was thereafter removed to Guatemala from Phoenix, Arizona, on or about September 16, 2005. Queries within ICE databases revealed Lucrecia GARRIL-Lopez has not received consent from the Attorney General of the United States or Secretary of Homeland Security to apply for readmission, or to re-enter into the United States.

## CONCLUSION

5. Based on these underlying facts and circumstances, as set forth above, it is my belief that probable cause exists showing that Lucrecia GARRIL-Lopez, is a citizen and national of Guatemala, who reentered and was found in the United States after deportation and removal without having first obtained the express consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security, in violation of Title 8, United States Code, Section 1326(a)(1) and (2).

Respectfully submitted,

_____
Brent Druery
Special Agent
Homeland Security Investigations

SWORN to before me on this  15th  day of August, 2019.

_____
UNITED STATES MAGISTRATE JUDGE