# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

UNITED STATES OF AMERICA

V.                                         CRIMINAL NO. 3:19cr136-DPJ

LUCRECIA GARRIL-LOPEZ

## Motion to Continue Proceedings

Comes now Defendant LUCRECIA GARRIL-LOPEZ and files this Motion to Continue Proceedings. In support of this Motion, Defendant presents the following:

A Motion has been filed in this case under Rule 5 of the Federal Rules of Criminal Procedure in which the Defendant requests for the initial appearance / arraignment to be conducted in the Western District of Louisiana. The undersigned has been informed that a number of defendants, including possibly the Defendant in this case, will be transported from Jena, Louisiana to Jackson, Mississippi during the first part of next week. The purpose of bringing the defendant to Jackson is to have initial appearances / arraignments in numerous immigration related case that originated from the ICE raids earlier this month.

Defendant seeks a continuance to allow the Court an opportunity to consider and rule on Defendant's Motion under Rule 5. If the Court grants that Motion,

1

then transporting Defendant to Jackson for an initial appearance / arraignment will be unnecessary because that proceeding will occur in the Western District of Louisiana.

WHEREFORE, Defendant LUCRECIA GARRIL-LOPEZ respectfully asks this Court to grant this Motion to Continue Proceedings.

Respectfully submitted, this the 22nd day of August, 2019.

*Omodare B. Jupiter*
**Omodare B. Jupiter** (Miss. Bar # 102054)
Federal Public Defender
N. and S. Districts of Mississippi
200 S. Lamar St., Suite 200 North
Jackson, Mississippi 39201
Telephone: (601)948-4284
Facsimile: (601)948-5510
Email: omodare_jupiter@fd.org

Attorney for Defendant

## CERTIFICATE OF SERVICE

I, Omodare B. Jupiter, certify that on August 22, 2019, this Motion was filed with the Clerk of the United States District Court for the Southern District of Mississippi, using the electronic case filing system, which in turn sent an electronic copy of this Motion to all attorneys of record in this case.

*Omodare B. Jupiter*
**Omodare B. Jupiter**

Attorney for Defendant