AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| United States of America<br>v.<br><br>Lucrecia Garril-Lopez<br><br>(Wherever Found)<br><br>*Defendant* | Case No. 3:19-cr-00136-DPJ-1 |

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
AUG 28 2019
BY_____ARTHUR JOHNSTON_____DEPUTY

RECU USMS D48 20AUG'19

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Lucrecia Garril-Lopez ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

* ILLEGAL RE-ENTRY OF A DEPORTED ALIEN

Date: 08/19/2019

ARTHUR JOHNSTON, CLERK

*N. Dean*
*Issuing officer's signature*

City and state: Jackson, MS

N. Dean, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 08/20/2019, and the person was arrested on *(date)* 08/26/2019
at *(city and state)* Jackson, MS .

Date: 08/26/2019

*[signature]*
*Arresting officer's signature*

Vent Parnell - SA-HSI
*Printed name and title*